# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: HINZE, SCOTT A. | § | Case No. 12-20247 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GARY A. BARNEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $785,181.16 *(without deducting any secured claims)* | Assets Exempt: $428,206.00 |
| Total Distribution to Claimants: $3,160.64 | Claims Discharged Without Payment: $23,404,691.18 |
| Total Expenses of Administration: $1,461.86 | |

3) Total gross receipts of $ 4,622.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,622.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $11,750.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,461.86 | 1,461.86 | 1,461.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,718,656.86 | 1,472,404.96 | 1,472,404.96 | 3,160.64 |
| **TOTAL DISBURSEMENTS** | $23,718,656.86 | $1,485,616.82 | $1,473,866.82 | $4,622.50 |

    4) This case was originally filed under Chapter 7 on March 23, 2012. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2013          By: /s/GARY A. BARNEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB | 1129-000 | 472.50 |
| AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES | 1129-000 | 2,400.00 |
| AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES | 1129-000 | 750.00 |
| BOATS, MOTORS AND ACCESSORIES. | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,622.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | US BANK NA DBA US BANK EQUIPMENT FINANCE | 4210-000 | N/A | 11,750.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$11,750.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY A. BARNEY | 2100-000 | N/A | 1,155.63 | 1,155.63 | 1,155.63 |
| GARY A. BARNEY | 2200-000 | N/A | 161.23 | 161.23 | 161.23 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,461.86 | $1,461.86 | $1,461.86 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AXIS CAPITAL, INC. | 7100-000 | 71,486.00 | 67,828.45 | 67,828.45 | 145.60 |
| 2 | CHS, INC | 7100-000 | 1,561,724.00 | 1,292,371.67 | 1,292,371.67 | 2,774.18 |
| 3U | US BANK NA DBA US BANK EQUIPMENT FINANCE | 7100-000 | 150,000.00 | 112,204.84 | 112,204.84 | 240.86 |
| NOTFILED | Rocky Mountain Snacks | 7100-000 | 1,559.47 | N/A | N/A | 0.00 |
| NOTFILED | S&P Brake | 7100-000 | 78,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Qwest | 7100-000 | 460.44 | N/A | N/A | 0.00 |
| NOTFILED | Sapp Brothers | 7100-000 | 84,995.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rimrock Tire | 7100-000 | 12,412.00 | N/A | N/A | 0.00 |
| NOTFILED | Alan C. Bryan Crowley Fleck, PLLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alan C. Bryan Crowley Fleck, PLLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Shoshone Distributing | 7100-000 | 579.00 | N/A | N/A | 0.00 |
| NOTFILED | Slafter Oil | 7100-000 | 11,627.00 | N/A | N/A | 0.00 |
| NOTFILED | SB Fuels Of Wyoming | 7100-000 | 1,624,045.82 | N/A | N/A | 0.00 |
| NOTFILED | Sapp Brothers | 7100-000 | 1,624,049.00 | N/A | N/A | 0.00 |
| NOTFILED | Polaris Acceptance | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peterbuilt Of Wyoming | 7100-000 | 2,918.00 | N/A | N/A | 0.00 |
| NOTFILED | Lipco | 7100-000 | 685.47 | N/A | N/A | 0.00 |
| NOTFILED | NW Fuel Systems Billing | 7100-000 | 587.83 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Outside Networks | 7100-000 | 6,308.00 | N/A | N/A | 0.00 |
| NOTFILED | Kersten Traller | 7100-000 | 259.04 | N/A | N/A | 0.00 |
| NOTFILED | Pectin Funding/JP Morgan Chase | 7100-000 | 1,347,821.57 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Capital Bank NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Source Gas | 7100-000 | 1,040.79 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Bank | 7100-000 | 1,172,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Peterbilt Of Montana | 7100-000 | 395.82 | N/A | N/A | 0.00 |
| NOTFILED | Polar Service Centers | 7100-000 | 10,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplenet | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Suncor Gordon & Rees, LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Stanley Sanitation | 7100-000 | 1,840.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo/SBA | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Western Environmental Service | 7100-000 | 2,086.25 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 99,315.00 | N/A | N/A | 0.00 |
| NOTFILED | Whitaker Oil | 7100-000 | 18,557.31 | N/A | N/A | 0.00 |
| NOTFILED | Trimarc Finanical, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wild West Munchies | 7100-000 | 2,543.15 | N/A | N/A | 0.00 |
| NOTFILED | Wholesale Bait Co. | 7100-000 | 526.55 | N/A | N/A | 0.00 |
| NOTFILED | Wyoming Refining | 7100-000 | 666,405.92 | N/A | N/A | 0.00 |
| NOTFILED | Yahoozez, Inc. | 7100-000 | 652,313.00 | N/A | N/A | 0.00 |
| NOTFILED | Wyoming Machinery Company | 7100-000 | 79,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Trimarc/Wells Fargo Equipment Finance | 7100-000 | 455,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | Wingfoot - Casper | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tractor & Equipment Co | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF Equipment Finance Inc. | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TCH OP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | T Financial Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Telvent DTN | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kenco Security & Technology | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | The Office Shop | 7100-000 | 485.65 | N/A | N/A | 0.00 |
| NOTFILED | Terminix Of Wyoming | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Tire Rama | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Torrington Beverage, Inc. | 7100-000 | 49.55 | N/A | N/A | 0.00 |
| NOTFILED | Tire Rama | 7100-000 | 1,671.00 | N/A | N/A | 0.00 |
| NOTFILED | Stoval Beverage | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Tiger Peg Capital | 7100-000 | 9,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Power Systems, Inc. | 7100-000 | 2,700.22 | N/A | N/A | 0.00 |
| NOTFILED | Jules & Associates | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Carquest Auto Parts | 7100-000 | 92.36 | N/A | N/A | 0.00 |
| NOTFILED | Caterpillar Access Account Corporation | 7100-000 | 22,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Premium Financing | 7100-000 | 779.58 | N/A | N/A | 0.00 |
| NOTFILED | CDW Direct, Inc. | 7100-000 | 615.51 | N/A | N/A | 0.00 |
| NOTFILED | Boyds Coffee | 7100-000 | 3,234.34 | N/A | N/A | 0.00 |
| NOTFILED | John H. Coppede Hickey & Evans, LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Celtic Leasing Corp. | 7100-000 | 73,836.00 | N/A | N/A | 0.00 |
| NOTFILED | Cold Front Distribution | 7100-000 | 478.00 | N/A | N/A | 0.00 |
| NOTFILED | Cooper Welding | 7100-000 | 5,197.25 | N/A | N/A | 0.00 |
| NOTFILED | Coca-Cola Bottling | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bloedorn Lumber | 7100-000 | 11,888.76 | N/A | N/A | 0.00 |
| NOTFILED | CN Funding LLC | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Big Horn Tire | 7100-000 | 22,143.00 | N/A | N/A | 0.00 |
| NOTFILED | AFLAC World Wide Headquarters | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alsco/American Linen | 7100-000 | 873.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcon Distributing | 7100-000 | 90,073.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameriquest | 7100-000 | 49,703.00 | N/A | N/A | 0.00 |
| NOTFILED | American Linen/ALSCO | 7100-000 | 370.51 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Big D Oil Company | 7100-000 | 53,448.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen L. Simonton, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 853.04 | N/A | N/A | 0.00 |
| NOTFILED | Craig Distributing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Association Benefit Program/PMA Gerald L. Lukton | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Timothy Stubson, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dats Trucking/Overland | 7100-000 | 1,393,597.00 | N/A | N/A | 0.00 |
| NOTFILED | Gramp'sGaming | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Granite Leasing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gordons Oil | 7100-000 | 34,964.00 | N/A | N/A | 0.00 |
| NOTFILED | Grizzly Maintenance Service | 7100-000 | 6,826.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrew J. Petrie Featherstone Petrie DeSisto, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hermes/Wyoming Refinery | 7100-000 | 666,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Brands/Sweethe | 7100-000 | 206.44 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Batteries | 7100-000 | 214.14 | N/A | N/A | 0.00 |
| NOTFILED | Frontier Oil & Refining | 7100-000 | 652,313.00 | N/A | N/A | 0.00 |
| NOTFILED | I-State Truck Repair | 7100-000 | 24,654.00 | N/A | N/A | 0.00 |
| NOTFILED | Fremont Beverages, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dultmeier Sales, LLC | 7100-000 | 870.82 | N/A | N/A | 0.00 |
| NOTFILED | E.A. Sween | 7100-000 | 3,484.47 | N/A | N/A | 0.00 |
| NOTFILED | Decker Auto Glass/Wesglass, Inc. | 7100-000 | 599.95 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Of Cody Printing | 7100-000 | 501.28 | N/A | N/A | 0.00 |
| NOTFILED | De Lage Landen Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Equitable Oil Purchasing | 7100-000 | 147,738.00 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Uniform Supply | 7100-000 | 453.87 | N/A | N/A | 0.00 |
| NOTFILED | Financial Pacific Leasing, LLC | 7100-000 | 82,798.00 | N/A | N/A | 0.00 |
| NOTFILED | Freemont Beverages, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Exxon Company, U.S.A. | 7100-000 | 1,128,361.00 | N/A | N/A | 0.00 |
| NOTFILED | J.H. Kaspar Oil Company | 7100-000 | 4,847.69 | N/A | N/A | 0.00 |
| NOTFILED | P. Craig Silva, Esq. Williams Porter Day & | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,718,656.86 | $1,472,404.96 | $1,472,404.96 | $3,160.64 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-20247  
**Case Name:** HINZE, SCOTT A.  

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 03/23/12 (f)  
**§341(a) Meeting Date:** 05/02/12  

**Period Ending:** 09/10/13  
**Claims Bar Date:** 10/01/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  179 N. CHUGWATER DR., CODY, WYOMING, ENTIRETY<br>  Orig. Description: 179 N. Chugwater Dr., Cody, Wyoming, Entirety; Imported from original petition Doc# 1 | 298,871.00 | 0.00 | | 0.00 | FA |
| 2  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>  Orig. Description: Brokerage Account - Northwestern Mutual Investment Services - joint account 1498 TOTAL VALUE $63.83 building and loan, and; Imported from original petition Doc# 1 | 31.92 | 0.00 | | 0.00 | FA |
| 3  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>  Orig. Description: Etrade - 2257; Imported from original petition Doc# 1 | 0.01 | 0.00 | | 0.00 | FA |
| 4  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>  Orig. Description: First Bank of Wyoming - checking - ending in 0001; Imported from original petition Doc# 1 | 2.23 | 0.00 | | 0.00 | FA |
| 5  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO<br>  Orig. Description: 2 end tables $30.00 Coffee table $25.00 Storage cabinet $40.00 TV stand Sony TV, VCR, DVD, DVR-DTV $125.00 Ridgeway grand father clock $125.00 1 pole lamp & 2 table lamps $45.00 Glider rocker $60.00 Table 4 chairs & hutch $125.00 Coffee table $30.00 Dishes & glass ware $40.00 Computer desk $60.00 Gateway computer & printer $90.00 TV, DVD, turntable, TV stand $105.00 recliners $90.00 chairs $40.00 table $20.00 clock $35.00 lamps $20.00 counter chairs $60.00 refrigerator/freezer combination $800.00 phones $20.00 pans, dishes, silverware $150.00 appliances, Bose radio $60.00 washer $400.00 dryer $400.00 pool table w/Q's and stand $2,500.00 bar stools $60.00 knack cabinet and contents $90.00 small recliners $40.00 table $10.00 Media cabinet $15.00 Sony TV, VCR, DVD, speakers, | 3,935.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 12-20247 | **Trustee:** (670200) GARY A. BARNEY | |
| **Case Name:** HINZE, SCOTT A. | **Filed (f) or Converted (c):** 03/23/12 (f) | |
| | **§341(a) Meeting Date:** 05/02/12 | |
| **Period Ending:** 09/10/13 | **Claims Bar Date:** 10/01/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| subwoofer, 2 amps, CD changer stand $500.00 Bar refrigerator $25.00 King bedroom set $250.00 2 dressers, 3 nightstands, 2 mirrors & 2 lamps $225.00 Visio TV $60.00 Chair $30.00 Tall dresser $60.00 Cedar chest $100.00 Bookshelf $20.00 Sewing machine & cabinet $45.00 3 sets of binoculars $65.00 Danby freezer $90.00 Sears refrigerator $75.00 Step ladder $25.00 7' ladder $35.00 Cabinet $20.00 Work bench w/grinder $50.00 Stereo $10.00 Tool box tools & garden tools $70.00 Lawnmower $90.00 Weedwhacker & sprayer $35.00 Doc 1 Desc Main 1997 hot tub $125.00 2 wooden chairs $20.00 Patio set w/table & 6 chairs $75.00 End table & tupperware storage bin $40.00 Weber grill $20.00 TOTAL VALUE $7,870.00; Imported from original petition Doc# 1 | | | | | |
| 6  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, Orig. Description: Christie Olive Glenn print $30.00 Sheep foundation print $30.00 TOTAL VALUE = $60.00; Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 7  WEARING APPAREL. Orig. Description: Wardrobe; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 8  FURS AND JEWELRY Orig. Description: Wedding Band $100.00 $62.50; Imported from original petition Doc# 1 | 162.50 | 0.00 | | 0.00 | FA |
| 9  FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB Orig. Description: Weatherby .270 Rifle - 450.00 Winchester .308 Rifle - 390.00 sets of Golf clubs 100.00 & misc. golf clubs $5.00 VALUE $945.00; Imported from original petition Doc# 1 | 472.50 | 472.50 | | 472.50 | FA |
| 10  INTERESTS IN INSURANCE POLICIES.  NAME INSURANCE Orig. Description: Prudential Financial - Pruco Life Insurance Company - Term company of each policy | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-20247  
**Case Name:** HINZE, SCOTT A.  
**Period Ending:** 09/10/13

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 03/23/12 (f)  
**§341(a) Meeting Date:** 05/02/12  
**Claims Bar Date:** 10/01/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| and surrender or refund value of; Imported from original petition Doc# 1 | | | | | |
| 11  INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION  Orig. Description: American Funds IRA #1900; Imported from original petition Doc# 1 | 35,015.00 | 0.00 | | 0.00 | FA |
| 12  INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION  Orig. Description: American Funds Roth IRA #2969; Imported from original petition Doc# 1 | 4,696.00 | 0.00 | | 0.00 | FA |
| 13  INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION  Orig. Description: Northwestern Mutual IRA #1555 Doc 1 Desc Main; Imported from original petition Doc# 1 | 346,415.00 | 0.00 | | 0.00 | FA |
| 14  STOCK AND INTERESTS IN INCORPORATED AND UNINCORP  Orig. Description: 25% Red Eagle Oil Inc. 25% Red Eagle L.L.C. 25% WY-Mont Investment LLC 25% Q&H Inc. 25% 5-HS Inc. 25% Vandale, Inc. 25% DMV Inc. 25% Hinze Brothers, LLC 25% Red Eagle Gaming, LLC 25% FFNR, LLC 25% H Development 25% H1, LLC H2, LLC H3, LLC H4, LLC DAH-SAH, LLC SAH, Inc.; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 15  OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TA  Orig. Description: 2011 Federal Tax Refund 2011 Montana State Refund; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 16  OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TA  Orig. Description: DAH-SAH, LLC - may be uncollectible; Imported from original petition Doc# 1 | 25,000.00 | 0.00 | | 0.00 | FA |
| 17  OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TA | 42,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-20247  
**Case Name:** HINZE, SCOTT A.  

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 03/23/12 (f)  
**§341(a) Meeting Date:** 05/02/12  

**Period Ending:** 09/10/13  
**Claims Bar Date:** 10/01/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: Note Receivable from Red Eagle Oil, Inc. - may be uncollectible (Chapter 11 filed - case no. 11-20857); Imported from original petition Doc# 1 | | | | | |
| 18 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES<br>Orig. Description: 1974 Pontiac Grand Am; Imported from original petition Doc# 1 | 2,400.00 | 2,400.00 | | 2,400.00 | FA |
| 19 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES<br>Orig. Description: 1992 Club car golf cart (owned jointly with spouse) $1,500.00; Imported from original petition Doc# 1 | 750.00 | 750.00 | | 750.00 | FA |
| 20 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES<br>Orig. Description: 2002 Cadillac Deville (owned jointly with spouse) $3,836.00; Imported from original petition Doc# 1 | 1,472.50 | 0.00 | | 0.00 | FA |
| 21 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES<br>Orig. Description: ly2009 GMC Yukon XL; Imported from original petition Doc# 1 | 27,300.00 | 0.00 | | 0.00 | FA |
| 22 | BOATS, MOTORS AND ACCESSORIES.<br>Orig. Description: 1988 Mirrocraft Sierra 17ft boat, Spartan trailer, 90 hp Evinrude 4hp Evinrude Motor; Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 22 | Assets   Totals (Excluding unknown values) | $789,803.66 | $4,622.50 | | $4,622.50 | $0.00 |

**Major Activities Affecting Case Closing:**

08/31/2012 - Documentation reviewed, Final Report to be done 10/02/2012 after claims have been reviewed.

Printed: 09/10/2013 11:46 AM   V.13.13

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 12-20247  
**Case Name:** HINZE, SCOTT A.

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 03/23/12 (f)  
**§341(a) Meeting Date:** 05/02/12  

**Period Ending:** 09/10/13  
**Claims Bar Date:** 10/01/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012          **Current Projected Date Of Final Report (TFR):**   February 12, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-20247  
**Case Name:** HINZE, SCOTT A.  

**Taxpayer ID #:** **-***3289  
**Period Ending:** 09/10/13  

**Trustee:** GARY A. BARNEY (670200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-66 - Checking Account  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/26/12 | | SCOTT HINZE | SUMS DUE ESTATE | | | 4,622.50 | | 4,622.50 |
| | {9} | | FIREARMS | 472.50 | 1129-000 | | | 4,622.50 |
| | {18} | | AUTOMOBILES | 2,400.00 | 1129-000 | | | 4,622.50 |
| | {19} | | AUTOMOBILES | 750.00 | 1129-000 | | | 4,622.50 |
| | {22} | | BOATS | 1,000.00 | 1129-000 | | | 4,622.50 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,597.50 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,572.50 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,547.50 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,522.50 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,497.50 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001067020088 20121227 | | 9999-000 | | 4,497.50 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 4,622.50 | 4,622.50 | $0.00 |
| | Less: Bank Transfers | 0.00 | 4,497.50 | |
| | **Subtotal** | 4,622.50 | 125.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$4,622.50** | **$125.00** | |

{} Asset reference(s)

Printed: 09/10/2013 11:46 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-20247 | | **Trustee:** | GARY A. BARNEY (670200) |
|---|---|---|---|---|
| **Case Name:** | HINZE, SCOTT A. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****372866 - Checking Account |
| **Taxpayer ID #:** | **-***3289 | | **Blanket Bond:** | $77,173,558.00 (per case limit) |
| **Period Ending:** | 09/10/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,497.50 | | 4,497.50 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,487.50 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,477.50 |
| 04/03/13 | 10101 | AXIS CAPITAL, INC. | Dividend paid  0.21% on $67,828.45; Claim# 1; Filed: $67,828.45; Reference: | 7100-000 | | 145.60 | 4,331.90 |
| 04/03/13 | 10102 | CHS, INC | Dividend paid  0.21% on $1,292,371.67; Claim# 2; Filed: $1,292,371.67; Reference: | 7100-000 | | 2,774.18 | 1,557.72 |
| 04/03/13 | 10103 | US BANK NA DBA US BANK EQUIPMENT FINANCE | Dividend paid  0.21% on $112,204.84; Claim# 3U; Filed: $112,204.84; Reference: | 7100-000 | | 240.86 | 1,316.86 |
| 04/03/13 | 10104 | GARY A. BARNEY | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,316.86 | 0.00 |
| | | | Dividend paid 100.00%    1,155.63 on $1,155.63; Claim# ; Filed: $1,155.63 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    161.23 on $161.23; Claim# ; Filed: $161.23 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,497.50** | **4,497.50** | **$0.00** |
| | | | Less: Bank Transfers | | 4,497.50 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **4,497.50** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,497.50** | |

Net Receipts :     4,622.50

Net Estate :     $4,622.50

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******48-66** | 4,622.50 | 125.00 | 0.00 |
| **Checking # ****372866** | 0.00 | 4,497.50 | 0.00 |
| | **$4,622.50** | **$4,622.50** | **$0.00** |

{} Asset reference(s)                                                                                    Printed: 09/10/2013 11:46 AM    V.13.13